AO 241
(Rev. 12/04)

CA 07 346 S



# Petition for Relief From a Conviction or Sentence By a Person in State Custody

**(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)**

## Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for Rhode Island
   Address One Exchange Terrace
   City, State Zip Code Providence, RI 02903

9. **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| | |
|---|---|
| United States District Court | District Rhode Island |
| Name (under which you were convicted): Khalil Kholi | Docket or Case No.: |
| Place of Confinement: RI Adult Correctional Institution | Prisoner No.: 89531 |
| Petitioner (include the name under which you were convicted) Khalil Kholi | v. Respondent (authorized person having custody of petitioner) A.T.WALL |
| The Attorney General of the State of Rhode Island | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Providence Superior Court 250 Benefit st Prov,RI 02903

   (b) Criminal docket or case number (if you know): P1-92-3305

2. (a) Date of the judgment of conviction (if you know): Dec 1993

   (b) Date of sentencing: 28 Feb 1994

3. Length of sentence: CT 1-6 Life consecutively CT 7-10 life

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: (SEE BACK)

6. (a) What was your plea? (Check one)

   (1) Not guilty ☑ (3) Nolo contendere (no contest) ☐

   (2) Guilty ☐ (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?

Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: RI Supreme Court

(b) Docket or case number (if you know): 94-370-C.A.

(c) Result: Affirmed Conviction

(d) Date of result (if you know): 29 Feb, 1996

(e) Citation to the case (if you know): 672 A2d 429

(f) Grounds raised: I challenge to denial of the motion for mistrial.#2 Scope of cross examination. #3 Challenge to Rule 16 Violation. #4 Access to confidential medical records. #5 Admissibility of prior consistent statements.

(g) Did you seek further review by a higher state court? Yes ☐ No ☑

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result: ______________________________

(3) Date of result (if you know): ______________________________

(4) Citation to the case (if you know): ______________________________

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Providence Superior Court

(2) Docket or case number (if you know): ______________________________

(3) Date of filing (if you know): April 1996

(4) Nature of the proceeding: Sentence Reduction

(5) Grounds raised: #1 Mr Kholi would not be eligible for parole for (30) thirty years. #2 That he did not have any previous criminal history. #4 That the Petitioner has contacts with the community.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☑ No ☐

(7) Result: denied

(8) Date of result (if you know): 27 Aug 1996

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Providence Superior Court

(2) Docket or case number (if you know): PM 97-2534

(3) Date of filing (if you know): 7 May 1997

(4) Nature of the proceeding: Post Conviction Relief

(5) Grounds raised: #1 Ineffective Assistance of Counsel #2 Newly Discovered Evidence.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☑ No ☐

(7) Result: Denied

(8) Date of result (if you know): 23 April 2003

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☑ No ☐

(2) Second petition: Yes ☑ No ☐

(3) Third petition: Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Ineffective Assistance of Counsel Pre-Trial mistakes with Indictment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner was illegally indicted under wrong General Laws and with over lapping Indictment counts for the same charge during the same time span. Petitioner still claims his complete Innocence of all charges (see enclosed RI General Laws and P&L changes from 1981-1988) Exhibits #1+2

(b) If you did not exhaust your state remedies on Ground One, explain why: Lawyer refused to address this issue because he did not have a copy of original indictment for Post Conviction nor Post Conviction Appeal

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Petitioner was not in possession of indictment until received by RI Public Defenders Office on 14 Aug 2007

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________

____________________

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________________

____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________

____________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: Petitioner was always confused as to proper charge until be contacted the RI Public Defenders office and received indictment on 14 Aug 2007

____________________

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ____________________

____________________

____________________

GROUND TWO: Ineffective Assistance of Counsel for (by) illegal indictment beyond Statute of Limitation (all Attorney)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner was illegally indicted beyond statute of limitations for all charges between 2 May 1984 and 25 June 1985 (RI GL 12-12-17) for all Law changes, where part of time span of Indictment was beyond statute of limitation (see exhibit #3

unpublished cases Smith + Wilson)

(b) If you did not exhaust your state remedies on Ground Two, explain why: Again as stated in Ground #1 Petitioner was not in possession of indictment until 14 Aug 2007.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Attorney did not have a copy of Petitioners indictment to present issue to Court.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ______

GROUND THREE: (SEE REVERSE SIDE)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(SEE REVERSE SIDE)

(b) If you did not exhaust your state remedies on Ground Three, explain why: ______

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: No Attorney in the RI Judicial system will bring said argument forward in State proceedings.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed: ______________________________

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________

______________________________

______________________________

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________________

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________

______________________________

______________________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______________________________

______________________________

______________________________

______________________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ______________________________

______________________________

______________________________

GROUND FOUR: That Petitioner is Innocent of all crimes charged and has pressed in State Courts this issue.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Petitioner has pressed for several issues before the State Courts after trial to tactfully discharge his innocence through several Attorneys in the handling of his trial and appeal and their over view of trial misstakes.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post Conviction Relief Application

Name and location of the court where the motion or petition was filed: Providence Superior Court 250 Benefit St,Prov,RI 02903

Docket or case number (if you know): C.A. 97-2534

Date of the court's decision: 23 April 2007

Result (attach a copy of the court's opinion or order, if available): Denied

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: RI Supreme Court
250 Benefit st, Prov, RI 02903

Docket or case number (if you know): NO 2005-0003CA

Date of the court's decision: Nov 2006

Result (attach a copy of the court's opinion or order, if available): Denied

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______

(SEE ATTACHED PAGES)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☐ No ☑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Ground #1 No one had a copy of indictment until Petitioner recieved on 14 Aug 2007 Ground #2 (same as ground #1) Ground #3 No Attorney was willing to present it to state court.

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Same as (A)

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☑

GROUND Five Challenge to Rule 16 Violation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Petitioner was not given all statements at trial under Discovery by Prosecutious.

(b) If you did not exhaust your state remedies on Ground five explain why:

(c) Direct Appeal of Ground

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☐ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)5 is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)5 is "Yes," state:

Name and location of the court where the appeal was filed: RI Supreme Court
250 Benefit St Prov, RI 02903

Docket or case number (if you know): NO 94-370 CA

Date of the court's decision: 29 Feb 1996

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______

GROUND SIX Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner contends that his being of Syrian descent and unfamiliar with many English terms he had trouble communicating with counsel about Innocence and pressed Attorney to be involved in his defense, only to be pushed away. He laid to express his idea of what the Attorney wanted and asked friends to speak of his character as he under stood counsel wanted.

(b) If you did not exhaust your state remedies on Ground , explain why:

(c) Direct Appeal of Ground

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: Post Conviction Matter by RI Statute

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post Conviction Relief Application.

Name and location of the court where the motion or petition was filed: Providence Superior Court 250 Benefit st, Prov, RI 02903

Docket or case number (if you know): PM 97-2534

Date of the court's decision: 23 April 2003

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d) 6 is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d) 6 is "Yes," state:

Name and location of the court where the appeal was filed: RI Supreme Court
250 Benefit st,Prov,RI 02903

Docket or case number (if you know): NO 2005-3

Date of the court's decision: Nov 2006

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Robert Marro 160 Pine st Providence,RI 02903

(b) At arraignment and plea: Same as (A)

(c) At trial: Robert Marro same as (A)

(d) At sentencing: Same (A)

(e) On appeal: Paula Rosin 160 Pine st Prov,RI 02903

(f) In any post-conviction proceeding: James T McCormick 128 Dorrance st suite 330 Providence, RI 02903

(g) On appeal from any ruling against you in a post-conviction proceeding: Thomas More Dickinson 1312 Atwood ave Johnston, RI 02919

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______________________________

(b) Give the date the other sentence was imposed: ______________

(c) Give the length of the other sentence: ______________

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* N/A Final Judgment date Nov 2006

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: To BE RELEASED, his CASE OVERTURNED AND TO BE given A TRUE AND Fair TRIAL to prove his INNOCENCE

or any other relief to which petitioner may be entitled.

Khalid Khoh · PRO/SE
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 9/5/07 (month, date, year).

Executed (signed) on 9/5/07 (date).

Khalid Khol
Signature of Petitioner

Petitioner also prays this Court to appoint Counsel under 28USC §3006A(g) as Petitioner is Syrian and does not fully under stand the English language nor the US legal system. This Petition was assisted in its drafting and will need to be amended by Court appointed counsel..

---

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. ______________________________________________

IN FORMA PAUPERIS DECLARATION

______________________________

[Insert appropriate court]

* * * * *

#$5.00 filing fee will follow as soon as possible.