**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Khalil Kholi
Petitioner

v. CA:07-346S

A.T. Wall
Respondent

**O R D E R**

The Attorney General is hereby ordered to file its response to the Petitioner's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before October 2, 2007.

BY ORDER

Lauren Baldinelli
DEPUTY CLERK

ENTER:

WESm
WILLIAM E. SMITH
United States District Judge

DATE: 9/13/07