UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Khalil Kholi

Vs C.A. 07-346s

A.T.WALL

PETITIONERS OBJECTION TO
STATE OF RHODE ISLAND MOTION TO
DISMISS PETITIONERS PETITION UNDER
28 U.S.C.§2254 FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY

Now comes the Petitioner, Khalil Kholi, for the reason expressed in the accompanying memorandum, to object to State of Rhode Island motion to dismiss, and respectfully moves for this Court to move forward ion the Petitioners "petition" under 28 U.S.C. § 2254.

9/22/07
Date

Respectfully Submitted

Khalil Kholi PRO/se

Kholil Kholi Pro/Se

P.O. BOX 8274

Cranston, RI 02920

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND.

KHALIL KHOLI

v. C.A. 07-346S

A. T. WALL. II

PETITIONER'S MEMORANDUM
IN SUPPORT OF HIS OBJECTION
TO THE STATE OF RHODE ISLAND'S MOTION TO DISMISS

The State of Rhode Island is in violation of the due process rights of the petitioner in it's laws and their usage. Under the color of the State laws and it's usage it does divide all the Constitutional rights of the petitioner and its unlawful division of the petitioner's rights to be pressed in his direct appellant procedure, to only objections during trial, and all other rights to the post-conviction relief application but, only after the direct appeal has been decided and then only after petitioner motioned for sentence reduction.

Because of the Rhode Island State laws and their usage the petitioner can not address all constitutional issues on his direct appeal because it is not allowed. Petitioner can only appeal the objected to issues from the trial and no other. Issues such as prosecutorial misconduct, ineffective assistance of counsel, pretrial issues and trial issues not correctly or completely objected to must be addressed only in post-conviction relief application. And because of the lack of due process in the Rhode Island procedures in place under Rhode Island law and its usage not just months but years are forced upon the petitioner to pursue his rights. As one can easily see petitioner file for his post-conviction relief in May 1997, but it was not decided until April 2003 almost six (6) years and appealed timely but not answered until 14 December 2006 another span of over three (3) years. And between the direct appeal's decision of February 1996 petitioner filed for a sentence reduction that was also denied. So that he has finally exhausted all his rights in the Rhode Island court system on 14 December 2006 and timely filed his 28 USC 2254 with this court. And by Rhode Island law a conviction is final only after all avenues are completed which includes the appeals of a denied post-conviction relief.

And as the petitioner has straight-forward stated in his 28 USC 2254 all issues not presented to the Rhode Island court system, were refused to be presented by the State of Rhode Island bar attorneys, again because of the Rhode Island laws and their usage. In all this action the petitioner has tried to be patient and straight-forward to prove his innocence in the injustice committed against him. Petitioner is not very proficient in his English nor the laws and rights of this Land. But can only try to press for his innocence as best he can, and still ask this court to continue to proceed forward and reject the State's motion to dismiss. The petitioner again asks for counsel to proceed properly and with the court's indulgence.

Respectfully Submitted,

Date: 9/28/07

Khalil Kholi PRO/se

Khalil Kholi, pro-se
PO Box 8274
Cranston, RI 02920

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 28 day of September 2007.

Khalil Khali