UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Khalil Kholi

Vs C.A. NO 07-346s

A.T. WALL

OBJECTION TO MAGISTRATE
ALMOND MEMORANDUM AND ORDER

OF 25 Sept 2007

Now comes the Petitioner, Khalil Kholi, with objection to Magistrate Almond's Memorandum and order of 25 Sept 2007.

Petitioner feels that Magistrate Almond has misunderstood the Petitioner request for Appointment of Counsel. The Petitioner's petition was prepared through the help of another Inmate at his security not himself, because of this fact the Petitioner has no way of knowing if this Inmate helper has done a proper job, since the Inmate is not a member of the Bar Association, and is not a Jail House Lawyer. Petitioner and his helper are very limited in their access to the laws and that limitation along with others, that are put upon Inmates that are incarcerated in the Rhode Island System are a sever handicap placed upon the Petitioner.

Magistrate Almond should have atleast interviewed the Petitioner to se what he does know of the Laws and the Legal procedures to be followed, at the very least. He would then have found out of the Petitioners limitations first hand.

Again the Petitioner asks this Court to please appoint counsel and not violate the Petitioners due process rights in this court, As his rights were violated in the Rhode Island judicial system. In this way he does not have to depend upon other Inmates to give him legal advise.

10/5/07
Date

Respectfully Submitted,
Khalil Kholi Pro/se

Khalil Kholi Pro/Se
DR-40 P.O.BOX 8274
Cranston,RI 02920

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 5 day of OCT 2007.

Khalil Khali PRO/SE
KHalil KHoli PRO/SE