STATE OF RHOL_ ISLAND AND PROVIDENCE PLAN .TIONS

PROVIDENCE, SC. SUPERIOR COURT

STATE OF RHODE ISLAND :
VS : P1/92-3305A
KHALIL KHOLI :

MOTION TO REDUCE SENTENCE

Now comes the defendant, Khalil Kholi, in the above-entitled matter, 120 days not having elapsed from February 29, 1996, the day of the Supreme Court decision, and

Prays that the sentence imposed with respect to the above matter be reduced in accordance with the provisions of Rule 35 of the Rules of Criminal Procedure of the Superior Court.

KHALIL KHOLI

By his Attorney,

Michael A. DiLauro
Assistant Public Defender

CERTIFICATION

I hereby certify that on May 14, 1996 I delivered a copy of the within Motion to defendant; and a copy to the Department of Attorney General, Providence, Rhode Island.

PLEASE TAKE NOTICE THAT THE WITHIN MOTION WILL BE HEARD ON MAY 24, 1996.