UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Kholil KHOLI

Vs C.A.NO 07-346s

A.T.WALL

RESPONSE TO STATES RESPONSE
ON TOLL OF TIME

1) Now comes the Petitioner, Khalil Kholi, before this Court to reponse answer as to toll of time in reference "to motion for sentence reduction" in state court and whether 1 year time limitation tolls during said action against 28 usc §2254 action. Petitioner forwards his argument now in his response.

2) ARGUMENT

Petitioner does state that the state of Rhode Island in its laws and their usages does conform to the procedures used in the judicial system of Rhode Island is delineate as follows:

1) Pre Trial
2) Trial
3) Post Trail
   a) direct appeal (if denied then)
   b) sentence reduction (if denied then)
      1) Appeal (if denied then)
   C) Post Conviction Relief (if denied then)
      a) Appeal

A person in the Rhode Island criminal judicial system has all these avenues to exhaust all his state remedies. Because if any person received enough relief at any stage to release him from prison, then, as we all know any 28 usc § 2254 is moot.

So the Petitioner states, as truly shown in the above outline avenues he must go by what the state law and its usages portray to this court and all criminal defendants. It is said if you skip any avenue you lose it, so it is advantageous to press all avenue for relief. I may also be pressed by the state that one did not exhaust all remedies if one is skipped.

Because of the state of Rhode Island Laws and their usages it takes a considerable amount of time for a criminal defendant to exhaust all state remedies, for instance; it takes approximately 18 months to get trial Transcripts transcribed before the appeal process can even really start. Then approx 6 to 9 months before the actual briefs are filed then depending on if its a 10 page initial brief or 6 to 9 months for a full brief, so, we've spent 3 to 3 3/4 years in prison for the completion of the states appellant process and the next step you have 120 days from the final appeal to file for a sentence reduction and that process takes approx 4 to 6 months to complete and if its denied than again 18 months for the transcripts from the sentence reduction hearing and again we go through the same appellant process of 3 to 3 3/4 years for complete if denied than we start the Post Conviction Relief Process. By this point the criminal defendant has already spent 6 to 7 1/2 years in the state prison system trying to exhaust his state remedies and he's not done yet.

As we start the Post Conviction Relief in the state the criminal defendant now become a plaintiff because of the state laws and their usages as a quazi civil process of Post Conviction Relief Application begins (he probably even gone to his first parole hearing by now but not seriously considered for a parole permit). The P.C.R process take any where from (6) six months to (4)four or (5) five years before a hearing is decided and if denied we again start the appellant process and by now the criminal defendant has spent any where from (7) seven to (10) ten years in the state prison before he even can start his 28 USC § 2254 to attack his state conviction.

3) Wherefore, the Petitioner has shown that because of the length of time with the state of Rhode Island Laws and their usages the Petitioner is compelled to exhaust all state remedies, because any relief at any avenue could make any 28 USC § 2254 moot.

The Petitioner has shown that the time limitation should not toll because of his averred response.

Respectfully Submitted

Khalil Kholi Pro/Se

Khalil Kholi Pro/Se

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the FRIDAY day of 2/NOVEMBER 2007.

Kholil Kholi Pro/se

Kholil kholi Pro/Se