UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Khalil Kholi

Vs C.A.NO 07-346s

A.T.WALL

OBJECTION TO MAGISTRATES

REPORT AND RECOMMENDATION

Now comes the Petitioner, Khalil Kholi, before this Court to object to Magistrate Almonds report and recommendation, and ask this Court to reject said R+R and proceed to a full and complete Evidentiary Hearing at this time, for the reason set forth in the forth coming memorandum of law.

12/21/07

Date

Respectfully Submitted

Khalil Kholi Pro/se

Khalil Kholi Pro/Se

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Attorney General office at 150 South Main street, Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 12 day of 21 2007.

Khalil Kholi Pro/se

Khalil Kholi Pro/Se