**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Khalil Kholi**

**Petitioner**

**V.** **Case Number: C.A. 07-346S**

**A.T. Wall**

**Respondent**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment is hereby entered in favor of the Respondent, A.T. Wall against the Petitioner, Khalil Kholi pursuant to the Court's Order dated December 28, 2007 granting State of Rhode Island's Motion to Dismiss and dismissing with prejudice Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 .**

**BY ORDER:**

**January 03, 2008**
**Date**

**Deputy Clerk**