UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Khalil Kholi

Vs C.A.NO 07-346s

A.T.WALL

NOTICE OF APPEAL

Now comes the Plaintiff, Khalil Kholi, before this Court to give notice of his Appeal to order by Judge Smith to accept Magistrate Almonds R+R and dismiss Petitioner 28 USC § 2254.

1/24/08

Date

Respectfully Submitted

Khalil Kholi pro/se

Khalil Kholi Pro/Se

Med 1 DR-40

P.O. BOX 8274

Cranston, RI 02920