UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Khalil Kholi

v. C.A. No. 07-346S

A.T. Wall

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on February 27, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Petitioner's Application to Proceed without prepayment of Fees is DENIED without prejudice to renewal of the Motion in the future if there is any change in Petitioner's financial circumstances.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 3/14/08